UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                                 :    13 Cr. 362 (JPC)
                                                                  :
KEVIN TILLMAN,                                                    :    ORDER
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Kevin Tillman requested that the Court send him "the compassionate release forms so I can file with courts [sic]." Dkt. 97 at 1. The Court construes this motion as asking the Court to send Tillman the forms for a motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A). The requested forms are attached as Exhibit A.

      The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 97 and to mail a copy of this Order to Tillman.

      SO ORDERED.

Dated: November 29, 2021
       New York, New York
                                                                       JOHN P. CRONAN
                                                          United States District Judge

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE
_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No.** _____ (write the number of your criminal case) |
| v. _____ Write your full name here. | **MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)** (*Pro Se* Prisoner) |

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

Page **1** of **6**

I.      SENTENCE INFORMATION

Date of sentencing: _____

Term of imprisonment imposed: _____

Approximate time served to date: _____

Projected release date: _____

Length of Term of Supervised Release: _____

Have you filed an appeal in your case?

☐ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☐ No

II.     EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☐ Yes, I submitted a request for compassionate release to the warden on (date) _____.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date): _____.

☐ No. I did not receive a response yet.

### III.  GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

**A.  Are you 70 years old or older?**

☐ Yes.

☐ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☐ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☐ There are other extraordinary and compelling reasons for my release.

Page **4** of **6**

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

_____

_____

_____

_____

_____

_____

_____

_____

## IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Additional medical information | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| _____ | ☐ Yes | | ☐ Yes | ☐ No |
| _____ | ☐ Yes | | ☐ Yes | ☐ No |

Page **5** of **6**

## V. REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☐ Yes

☐ No

## VI. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

_____     _____
Date                                                                Signature

_____
Name

_____
Bureau of Prisons Register #

_____
Bureau of Prisons Facility

_____
Institution's Address

Page **6** of **6**

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

United States District Court
for the
_____ District of _____

UNITED STATES OF AMERICA

v.

_____
Write your full name here.

**Case No.** _____
(write the number of your criminal case)

**PROPOSED RELEASE PLAN**
**In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)**

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

**A. Housing and Employment**

Provide the full address where you intend to reside if you are released from prison:

_____

_____

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

_____

_____

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

_____

_____

If you have employment secured, provide the name and address of your employer and describe your job duties:

_____

_____

List any additional housing or employment resources available to you:

_____

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

☐ Yes

☐ No

Will you have access to health insurance if released?

☐ Yes

☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

_____

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes

☐ No

If yes, please include them with your motion. If no, where are the records located?

_____

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☐ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

_____

_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☐ No

If yes, list equipment:

_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☐ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☐ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☐ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

_____

_____

Will you have transportation to and from your medical appointments?

☐ Yes

☐ No

Describe method of transportation:

_____

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**SIGNATURE**

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

_____   _____
Date                          Signature

_____
Name

_____
Bureau of Prisons Register #

_____
Bureau of Prisons Facility

_____
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
## _____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

_____
Write your full name here.

**Case No.** _____
(write the number of your criminal case)

### MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

_____        _____
Date                                                          Signature

_____
Name

_____
Bureau of Prisons Register #

_____
Bureau of Prisons Facility

_____
Institution's Address