UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
  -v-                                                              :   13 Cr. 362 (JPC)
:
KEVIN TILLMAN,                                                     :   ORDER
:
                        Defendant.                                 :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Kevin Tillman has moved for compassionate release under 18 U.S.C § 3582(c)(1)(A). *See* Dkts. 109, 110 ("Motion"). To date, the Government has not opposed the Motion. If the Government wishes to oppose the Motion, it must file opposition papers by June 20, 2022. The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendant at Kevin Tillman, Reg. No. 68564-054, FCI Beckley, Federal Correctional Institution, P.O. Box 350, General & Legal Mail, Beaver, WV 25813.

      SO ORDERED.

Dated: June 6, 2022
      New York, New York

                                         JOHN P. CRONAN
                                      United States District Judge